FRANK KAFTON, RESPONDENT, v. EDWARD O. WICKBERG ET AL., APPELLANTS.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellants, *John C. Stockel* and *R. Robinson Chance.*

For the respondent, *David T. Wilentz,* attorney-general.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chancellor, Trenchard, Case, Donges, Perskie, Porter, Hetfield, Dear, Wells, Wolfs-Keil, Rafferty, Walker, JJ. 12.

*For reversal*—None.